# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA LEE DIBBLE, | : |
| Plaintiff | : No. 3:14-CV-2501 |
| vs. | : (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : |
| Defendant | : |

**FILED**
**SCRANTON**
MAY 2 4 2016
Per _____ /s/ Amo
Deputy Clerk

## ORDER

**NOW, THIS 24TH DAY OF MAY, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Rebecca Lee Dibble disability insurance benefits and supplemental security income is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**